**Opinion issued February 18, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00091-CR

_____

## IN RE RODNEY MARSHALL, Relator

---

## Original Proceeding on Petition for Writ of Habeas Corpus

---

## MEMORANDUM OPINION

Relator, Rodney Marshall, seeks a writ of habeas corpus, claiming he is being illegally restrained by the Harris County Sheriff in connection with his arrest on the charge of robbery.[1]  Section 22.221 of the Government Code limits our power to issue habeas relief.  *See* TEX. GOV'T CODE ANN. § 22.221(d) (West 2004).  We may issue a writ of habeas corpus "when it appears that the restraint of liberty is by virtue of an order, process, or commitment issued by a court or judge because of the

---

[1]    The underlying case is *State v. Marshall*, cause number 1439259, pending in the 263rd District Court of Harris County, Texas, the Honorable Jim Wallace, presiding.

violation of an order, judgment, or decree previously made, rendered, or entered by the court or judge in a civil case." *Id.* Marshall complains in this petition that he is illegally restrained on a charge of robbery in a criminal case. Thus, we have no jurisdiction to grant relief in the case.

We deny the petition.

**PER CURIAM**

Panel consists of Justices Bland, Brown, and Lloyd.

Do not publish. Tex. R. App. P. 47.2(b).